IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01641-MSK-MJW

JOHN ELLIOTT,

Plaintiff,

v.

XTREME COIL DRILLING CORPORATION,

Defendant.

---

### MINUTE ORDER

---

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the Defendant's Unopposed Motion to Use a
Conference Room (Docket No. 31) is **denied without prejudice**.  Defendant has not
established a basis for using courthouse facilities for a deposition.  See, e.g.,
D.C.COLO.LCivR 30.3(C) (Location of Deposition).

Date:  November 30, 2009