IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-01641-MSK-MJW

JOHN ELLIOTT,

    Plaintiff,

v.

XTREME COIL DRILLING CORPORATION, a Texas corporation,

    Defendant.

( Docket No 25 )

**ORDER GRANTING DEFENDANT'S MOTION TO AMEND ANSWER**

The Court has reviewed Defendant Xtreme Coil Drilling Corporation's Motion to Amend Answer and, being fully advised in the premises and finding sufficient cause therefor, GRANTS the Motion.

IT IS HEREBY ORDERED that Defendant Xtreme Coil Drilling Corporation's Amended Answer attached to its Motion is accepted for filing this date.

DATED this 17th day of December, 2009.

BY THE COURT:

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO